UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY
FUND, ET AL,

      Petitioners,

      - against -           1:20-cv-07148-ALC
                                  **Order**

VICA INDUSTRIES INC.,

      Respondent.
-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

      Petitioners filed a Petition to Confirm an Arbitration Award and memorandum in support on September 2, 2020. ECF No. 1. A summons was served on October 26, 2020, with an answer due November 16, 2020. ECF No. 7. To date, Respondent has not appeared, asked for an extension, or otherwise opposed this action. Petitioner filed proof of service of the Court's Order to Show Cause at ECF No. 8 on December 15, 2020. ECF No. 9.

      Therefore, the Court will treat the Petition to Confirm Arbitration as unopposed. The Petition will be decided in due course.

**SO ORDERED.**

January 27, 2023
New York, New York

                                            _____
                                            ANDREW L. CARTER, JR.
                                            United States District Judge