**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, and APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, TRUSTEES OF THE
NEW YORK CITY CARPENTERS RELIEF
AND CHARITY FUND, THE CARPENTER
CONTRACTOR ALLIANCE OF METROPOLITAN
NEW YORK, and the NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS,

       Petitioners,        20 **CIVIL** 7148 (ALC)

   -against-            **JUDGMENT**

VICA INDUSTRIES INC.,
       Respondent.
------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 6, 2023, Petitioners' motion to confirm the arbitration award is GRANTED. Judgment is entered in favor of the Petitioners and against Respondent in the amount of $136,509.26 pursuant to the arbitration award with interest to accrue at the annual rate of 6.75% from the date of the award, pursuant to the arbitrator's award, in the amount of $24,336.05, plus $665 in attorneys' fees and $75 in costs arising out of this petition, and post-judgment interest at the statutory rate; accordingly, the case is closed.

**Dated**: New York, New York
    February 6, 2023

                     **RUBY J. KRAJICK**

                     _____
                     **Clerk of Court**
           **BY:**  *K. Mango*
                     _____
                       **Deputy Clerk**